463 A.2d 33

Commonwealth v. Seshens, Appellant.

Submitted April 28, 1983. H. Spirt, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.